## J. W. DIXON v. STATE.
### No. 24022.

Court of Criminal Appeals of Texas.
Feb. 18, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment assessed at five years in the penitentiary.

Appellant has filed his affidavit advising this court that he no longer desires to prosecute his appeal but desires to withdraw same, and at his request the appeal is dismissed.